# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For Revocation of Probation or Supervised Release) |
| V. | |
| JOSEPHUS WILLIAMS | Case Number: 8:93-cr-157-T-24EAJ<br>USM Number: 17195-018 |
| | Howard Anderson, AFPD<br>Defendant's Attorney |

**THE DEFENDANT:**

X admitted guilt to violation of charge numbers _Three through Eight_ of the term of supervision.
X was found in violation of charge numbers _One and Two_ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | New Criminal Conduct, Driving Under the Influence 2nd Conviction, occurring on September 15, 2009 while on supervision, in violation of the Conditions of Supervision. | September 15, 2009 |
| 2. | New Criminal Conduct, Obstructing or Opposing an Officer without Violence, occurring on September 15, 2009. | September 15, 2009 |
| 3. | New Criminal Conduct, Refusal to Submit to Testing occurring on September 15, 2009, while on supervision in violation of the conditions of supervision. | September 15, 2009 |
| 4. | New Criminal Conduct, Leaving the Scene, Damage over $50.00, occuring on August 16, 2009, while on supervision, in violation of the conditions of supervision. | August 16, 2009 |
| 5. | Failure to Notify the Probation Officer within Seventy Two Hours after being Arrested or Questioned by a Law Enforcement Officer. | October 16, 2009 |
| 6. | Untruthful Written Monthly Reports, in violation of condition 2 of the standard conditions of supervision. | September 3, 2009 |
| 7. | Failure to Comply with the Home Detention Program in violation of the special condition. | May 31, 2009 |
| 8. | Failure to Comply with the Home Detention Program in violation of the special condition. | July 16, 2009 |

The Defendant is found to be in violation of his supervised release, and the Supervised Release is revoked. The defendant is sentenced as provided in pages 3 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 30, 2009
Date of Imposition of Judgment

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

October 30, 2009
Date

DEFENDANT: JOSEPHUS WILLIAMS
CASE NUMBER: 8:93-CR-157-T-24EAJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **FOURTEEN (14) Months, with no term of supervision to follow.**

_____ The Court makes the following recommendations to the Bureau of Prisons:


__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

  ___ at _____ a.m.   p.m.   on _____.

  ___ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ___ before 2 p.m. on _____.

  ___ as notified by the United States Marshal.

  ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.


UNITED STATES MARSHAL

By

DEPUTY UNITED STATES MARSHAL